Justin S. Pierce (State Bar #022646)
Aaron D. Arnson (State Bar #031322)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, AZ 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Aaron@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Hernandez,<br><br>      Plaintiff,<br><br>vs.<br><br>El Gallito Market LLC, d/b/a Super Carniceria El Gallito, an Arizona registered tradename; Super Carniceria El Gran Gallito LLC, an Arizona limited liability company,<br><br>      Defendants. | Case No.: CV 18-00997-PHX-JZB<br><br>**NOTICE OF SETTLEMENT** |

Defendants hereby provide notice that the parties have reached a settlement in principle in this matter. The parties require additional time to complete all settlement documents and anticipate filing a stipulation for dismissal with prejudice within 30 days.

RESPECTFULLY SUBMITTED this 24th day of June 2019.

**PIERCE COLEMAN PLLC**

By:   /s/Justin S. Pierce
       Justin S. Pierce
       Aaron D. Arnson
       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing causing a copy to be electronically transmitted to the following ECF registrants:

Trey Dayes
Sean C. Davis
THE DAYES LAW FIRM
3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*


By: /s/Karen M. Chenowth

4831-7728-0923, v. 2