Justin S. Pierce (State Bar #022646)
Aaron D. Arnson (State Bar #031322)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, AZ 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Aaron@PierceColeman.com
*Attorneys for Defendants*

Trey Dayes (State Bar # 020805)
Sean C. Davis (State Bar # 030754)
**THE DAYES LAW FIRM**
3101 North Central Avenue, Ste. 1100
Phoenix, Arizona  85012
Tel. (602) 288-1610 ext. 301
treyd@dayeslawfirm.com
seand@dayeslawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Hernandez,<br><br>          Plaintiff,<br><br>     vs.<br><br>El Gallito Market LLC, d/b/a Super Carniceria El Gallito, an Arizona registered tradename; Super Carniceria El Gran Gallito LLC, an Arizona limited liability company,<br><br>          Defendants. | Case No.: CV 18-00997-PHX-JZB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Luis Hernandez and Defendants El Gallito Market LLC, d/b/a Super Carniceria El Gallito and Super Carniceria El Gran Gallito LLC hereby stipulate to the dismissal of all claims in this matter with prejudice, with each party to bear its own attorneys' fees and costs.

1

RESPECTFULLY SUBMITTED this 27th day of June 2019.

**PIERCE COLEMAN PLLC**

By: <u>/s/Justin S. Pierce</u>
Justin S. Pierce
Aaron D. Arnson
*Attorneys for Defendants*


**THE DAYES LAW FIRM**

By: <u>/s/Sean C. Davis (w/permission)</u>
Trey Dayes
Sean C. Davis
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing causing a copy to be electronically transmitted to the following ECF registrants:

Trey Dayes
Sean C. Davis
THE DAYES LAW FIRM
3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*


By: <u>/s/Karen M. Chenowth</u>

4852-3904-3995, v. 1