# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Hernandez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Super Carniceria El Gallito, LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-18-00997-PHX-JZB<br><br>**ORDER** |

　　　The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 42), and good cause appearing,

　　　**IT IS ORDERED:**

　　　1.　　The Stipulation (Doc. 42) is **granted**.

　　　2.　　That this matter be **dismissed** with prejudice, each party to bear its own fees and costs.

　　　Dated this 10th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Honorable John Z. Boyle
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge